# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT FOR ATTORNEY FEES

**Sally M. Canning,**

        Plaintiff,                              **CASE NUMBER:**

    vs.                                          **8:09cv1043 NAM/RFT**

**Michael J. Astrue,**
**Commissioner of Social Security,**

        Defendant.

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED**, plaintiff's attorney is allowed a fee under the Equal Access to Justice Act in the amount of Five Thousand, One Hundred, Fifty-Six Dollars and Eighty Cents, (5,156.80) for attorney fees.

    All of the above pursuant to the order of the Honorable Judge Mordue, dated the 25th day of August, 2010.

DATED: August 25, 2010

*[signature]*
Clerk of Court

                                                               s/

Marie N. Marra, Deputy Clerk